# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TYNICA JACKSON

VERSUS

JHJ INC, THG ENTERPRISES
LLC, BAKER PIGGLY WIGGLY
LLC, LAFAYETTE PIGGLY WIGGLY
LLC, BR PIG LLC, T&S MARKETS
LLC, TSD MARKETS LLC, TSJ
MARKETS LLC, SVFOODS OLD
HAMMOND LLC, SVFOODS WALKER
LLC, SVFOODS D/B/A AND/OR
TRADE NAME, SHOPPERS VALUE
FOODS (HEREINAFTER
COLLECTIVED CALLED "SHOPPERS
VALUE FOODS")

NO.   2025 CW 0775

**OCTOBER 23, 2025**

---

In Re:    JHJ, Inc., THG Enterprises, LLC, Baker Piggly Wiggly,
          LLC, Lafayette Piggly Wiggly, LLC, BR Pig, LLC, T&S
          Markets, LLC, TSD Markets, LLC, TSJ Markets, LLC,
          SVFoods Old Hammond, LLC, SVFoods Walker, LLC and
          SVFoods D/B/A and/or Trade Name, Shoppers Value Foods
          (herinafter collectively called "Shoppers Value Foods"),
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 726012.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **AHP**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT